IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMMUNICATION ADVANCES LLC, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS COMPANY & GENERAL MOTORS LLC, <br><br> Defendants. | Civil Action No. 2:23-cv-494-JRG <br><br> JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants having not yet filed or served upon Plaintiff either an answer or a motion for summary judgment, Plaintiff hereby dismisses this action without prejudice.

This 4th day of April, 2024.

/s/ *Cortney S. Alexander*
Cortney S. Alexander
 cortneyalexander@kentrisley.com
 Tel: (404) 855-3867
 Fax: (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff

1